# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**SCOTT JENKINS, individually and on behalf of all others similarly situated,**

        **Plaintiff,**

v.                                                              Case No. 24-4039-DDC-GEB

**ASSOCIATED WHOLESALE GROCERS, INC.,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 22) filed on March 5, 2025.**

    03/05/2025                                                      SKYLER B. O'HARA
      Date                                                          CLERK OF THE DISTRICT COURT

                                                                      by:    s/ Megan Garrett
                                                                             Deputy Clerk